IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 26 2021
CLERK, U.S. DISTRICT COURT
By_____
          Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-21CR-066-Z |
| ERFAN SALMANZADEH | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Making and Possessing an Unregistered Destructive Device
(Violation of 26 U.S.C. §§ 5861(d), 5861(f), and 5871)

On or about July 26, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Erfan Salmanzadeh**, defendant, knowingly made and possessed a firearm, as that term is defined in 26 U.S.C. § 5845(f), that was, and could readily have been put in, operating condition, that is, a destructive device, not registered to him in the National Firearms Registration and Transfer Record, defendant knowing the characteristics of said firearm.

In violation of Title 26, United States Code, Sections 5861(d), 5861(f), and 5871.

<u>Count Two</u>
Making and Possessing an Unregistered Destructive Device
(Violation of 26 U.S.C. §§ 5861(d), 5861(f), and 5871)

On or about July 26, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Erfan Salmanzadeh**, defendant, knowingly made and possessed a firearm, as that term is defined in 26 U.S.C. § 5845(f), that was, and could readily have been put in, operating condition, that is, a destructive device, not registered to him in the National Firearms Registration and Transfer Record, defendant knowing the characteristics of said firearm.

In violation of Title 26, United States Code, Sections 5861(d), 5861(f), and 5871.

## Count Three
### Making and Possessing an Unregistered Destructive Device
(Violation of 26 U.S.C. §§ 5861(d), 5861(f), and 5871)

On or about July 26, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Erfan Salmanzadeh**, defendant, knowingly made and possessed a firearm, as that term is defined in 26 U.S.C. § 5845(f), that was, and could readily have been put in, operating condition, that is, a destructive device, not registered to him in the National Firearms Registration and Transfer Record, defendant knowing the characteristics of said firearm.

In violation of Title 26, United States Code, Sections 5861(d), 5861(f), and 5871.

Forfeiture Notice
(26 U.S.C. § 5872)

Upon conviction of any offense alleged in this indictment and pursuant to 26 U.S.C. § 5872, defendant **Erfan Salmanzadeh** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense including, but not limited to, three destructive devices and all components, accessories, and other materials used to make those devices.

A TRUE BILL:

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Attorney-in-Charge
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-mail:        joshua.frausto@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

ERFAN SALMANZADEH

INDICTMENT

COUNTS 1-3: MAKING AND POSSESSING AN UNREGISTERED DESTRUCTIVE DEVICE
Title 26, United States Code, Sections 5861(d), 5861(f), and 5871.
FORFEITURE NOTICE
(3 COUNTS)

A true bill rendered:
Amarillo _____ Foreperson

Filed in open court this __26th__ day of __August__, A.D. 2021.

_____ Clerk

ARREST WARRANT TO ISSUE
(Complaint filed 7/30/2021 – 2:21-MJ-116)

_____
UNITED STATES MAGISTRATE JUDGE