IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERFAN SALMANZADEH | No. 2:21-CR-066-Z<br>ECF |

### GOVERNMENT'S RESPONSE TO THE WARDEN'S LETTER

The United States of America ("Government") has no objection to the extension requested. Additionally, the Government has provided the requested discovery to the Forensic Psychologist who will be completing Salmanzadeh's evaluation.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ *Joshua Frausto*
JOSHUA FRAUSTO
Assistant United States Attorney
Attorney-in-Charge
Texas State Bar Number 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-mail:         joshua.frausto@usdoj.gov